UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. ARTHUR,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNKNOWN,<br><br>　　　　　Defendant. | 1:22-cv-00279-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME**<br>**(ECF No. 19.)**<br><br>**SIXTY-DAY DEADLINE TO FILE FIRST AMENDED COMPLAINT** |

　　　　Michael D. Arthur ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action under 42 U.S.C. § 1983.  On September 1, 2022, Plaintiff filed a motion for extension of time to file an amended complaint on the Court's form.  (ECF No. 19.)

　　　　The Court finds good cause to grant Plaintiff an extension of time.  Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted sixty days from the date of service of this order in which to file an amended complaint pursuant to the Court's order issued on June 16, 2022.

IT IS SO ORDERED.

　　Dated:　__**September 7, 2022**__　　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE