UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. ARTHUR,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNKNOWN,<br><br>    Defendant. | 1:22-cv-00279-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S FOURTH MOTION FOR EXTENSION OF TIME**<br>**(ECF No. 23.)**<br><br>**DEADLINE TO FILE FIRST AMENDED COMPLAINT:**<br>**MARCH 10, 2023** |

   Michael D. Arthur ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action under 42 U.S.C. § 1983. On December 4, 2022, Plaintiff filed a motion for a 120-day extension of time to file his First Amended Complaint on the Court's form. (ECF No. 23.)

   The Court finds good cause to grant Plaintiff a 120-day extension of time. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff is granted an extension of time until **March 10, 2023** in which to file an amended complaint on the Court's form pursuant to the Court's order issued on June 16, 2022.

IT IS SO ORDERED.

   Dated:   **December 7, 2022**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE