UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. ARTHUR,<br><br>       Plaintiff,<br><br>    vs.<br><br>UNKNOWN,<br><br>       Defendant. | 1:22-cv-00279-JLT-GSA-PC<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED ON MARCH 17, 2023**<br>**(ECF No 28.)**<br><br>**ORDER GRANTING PLAINTIFF'S FIFTH MOTION FOR EXTENSION OF TIME**<br>**(ECF No. 29.)**<br><br>**THIRTY-DAY DEADLINE TO FILE FIRST AMENDED COMPLAINT ON COURT'S FORM**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF A CIVIL COMPLAINT FORM** |

Michael D. Arthur ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action under 42 U.S.C. § 1983.

On March 17, 2023, the Court issued findings and recommendations, recommending that this case be dismissed based on Plaintiff's failure to comply with the Court's order issued on June 16, 2022, which required him to file a First Amended Complaint on the Court's form. (ECF No. 28.)  Also on March 17, 2023, Plaintiff filed a motion for a 60-day extension of time to file a First Amended Complaint. (ECF No. 29.)

Plaintiff alleges that he was recently transferred to California Medical Facility in Vacaville, California, and has not yet received his property or been given access to the law library.

It has been more than 9 months since the Court issued its order requiring Plaintiff to file the First Amended Complaint on the Court's form, and this is Plaintiff's fifth motion for extension of time. (See ECF Nos. 17, 19, 21, 23.)

Plaintiff has not shown good cause to be granted another 60-day extension of time to submit the First Amended Complaint. Plaintiff has been ordered to fill out the Court's civil complaint form and return it to the Court for filing, which should not require research at the law library.

The Court shall vacate the findings and recommendations, send Plaintiff another copy of the Court's civil complaint form, and grant him 30 days, until April 18, 2023 in which to fill out the form and return it to the Court.

Therefore, based on the foregoing, **IT IS HEREBY ORDERED** that:

1. The Court's findings and recommendations issued on March 17, 2023, are vacated;
2. The Clerk is directed to send Plaintiff a copy of the Court's civil complaint form;
3. Plaintiff's fifth motion for extension of time to file the First Amended Complaint, filed on March 17, 2023, is granted;
4. Plaintiff is granted thirty days, until April 18, 2023, in which to submit his First Amended Complaint on the Court's form; and
5. No further extensions of time shall be granted without a showing of good cause.

IT IS SO ORDERED.

Dated:   **March 19, 2023**              **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE